**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Klima Control Air Conditioning & Heating** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Super Cool** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2330976** | |

4. **Debtor's address**

**Principal place of business**

**1501 W Copans Rd, suite # 105**
**Pompano Beach, FL 33064**
Number, Street, City, State & ZIP Code

**Broward**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**1881 Old Okeechobee Road(WPB location) West Palm Beach, FL 33409**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.klimacontrolsupply.com**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Klima Control Air Conditioning & Heating**                                    Case number *(if known)*
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
‾‾‾‾‾‾

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | When | | Case number | |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | When | | Case number, if known | |

Official Form 201                      Voluntary Petition for Non-Individuals Filing for Bankruptcy                      page 2

| Debtor | Klima Control Air Conditioning & Heating | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Klima Control Air Conditioning & Heating**                                    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 7, 2025**
                MM / DD / YYYY

**X** **/s/  Enrique Pototsky**                              **Enrique Pototsky**
Signature of authorized representative of debtor            Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Shirley Palumbo**                        Date    **July 7, 2025**
Signature of attorney for debtor                             MM / DD / YYYY

**Shirley Palumbo Esq. LLM.**
Printed name

**ASSOULINE & BERLOWE**
Firm name

**100 SE 2nd Street, Suite 3650**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **(305) 567-5576**        Email address    **sap@assoulineberlowe.com**

**FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Klima Control Air Conditioning & Heating**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**July 7, 2025**__          X /s/  **Enrique Pototsky**
                                                    Signature of individual signing on behalf of debtor

                                                    **Enrique Pototsky**
                                                    Printed name

                                                    **Managing Member**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Klima Control Air Conditioning & Heating**

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP<br>2175 West Park Place Blvd.<br>Stone Mountain, GA 30087 | | Purchase Order | | | | $200,000.00 |
| Airgas<br>14800 Frye Road, 2nd Floor<br>Fort Worth, TX 76155 | | Services | | | | $8,924.00 |
| America Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | | Credit card purchases | | | | $180,000.00 |
| Comcast<br>5601 Powerline Road, Suite 407<br>Fort Lauderdale, FL 33309 | | | | | | $265.26 |
| FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | | Services | | | | $0.00 |
| Fujitsu/Westinghouse | | Purchase order | | | | $40,870.18 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Klima Control Air Conditioning & Heating**          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gemaire Distributors, LLC 1525 NW 3rd Street. Suite A21 Deerfield Beach, FL 33442** | | **Air conditioning, HVAC, and heating product inventory.   See attached inventory list as Exhibit "A" of Schedule B.Original Purchase Prices:-ADP Pompano location: $70,550.00 -ADP WPB location: $70,143.00 -GE Appliances Pompano location: $181,968.00 -GE Appliances WPB location: $229,381.00 -Westinghouse Pompano location: $19,609.18 -Westinghouse WPB location: $21,261.00 Total Purchase Price:$592,912.18 Valuation is based on a forced liquidation scenario, reflecting pricing that could be obtained in a quick sale. A discount of 38% off retail was applied. This estimate is suggested based on informal online research of HVAC distributor pricing and liquidation trends. While not derived from a formal appraisal, it aligns with observed resale behavior for similar equipment in new or unused condition, as reported by online HVAC suppliers and liquidation platforms.** | | **$472,000.00** | **$366,038.00** | **$105,962.00** |

Debtor **Klima Control Air Conditioning & Heating**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Haier U.S. Appliance Solutions dba GE Ap**<br>**c/o Evan Wright**<br>**Fultz Maddox Dickens**<br>**101 South Fifth Street, 27th Floor**<br>**Louisville, KY 40202-3116** | | **Purchase Order** | | | | **$671,057.99** |
| **Home Easy Geek Technology Co c/o Lee Gartner, PA**<br>**1440 Coral Ridge Drive, Suite 221**<br>**Coral Springs, FL 33071** | | **Purchase Order** | **Contingent Disputed** | | | **$2,256,826.14** |
| **Laminaire dba Grilles & Diffusers Dist**<br>**1578 NW 82nd Ave**<br>**Miami, FL 33122** | | | | | | **$18,100.97** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Klima Control Air Conditioning & Heating**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

<table>
<tr><td colspan="3">Part 1:   <b>Summary of Assets</b></td></tr>
</table>

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $       **488,265.40**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $       **488,265.40**

<table>
<tr><td colspan="3">Part 2:   <b>Summary of Liabilities</b></td></tr>
</table>

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $       **475,416.35**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................    $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$       **3,376,044.54**

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b          $       **3,851,460.89**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Klima Control Air Conditioning & Heating**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$100.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Wells Fargo** | Checking | 6747 | **$1,000.57** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,100.57**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1.   **Security deposit (Orlando location - Landlord)** | **$20,309.33** |
| 7.2.   **Security deposit (Pompano Location- Landlord)** | **$46,667.50** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Klima Control Air Conditioning & Heating**                 Case number *(If known)* _____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81. | **$66,976.83** |

---

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

Debtor   **Klima Control Air Conditioning & Heating**
         <span style="font-size:smaller">Name</span>                                    Case number *(If known)* _____

**Air conditioning, HVAC, and heating product inventory.   See attached inventory list as Exhibit "A" of Schedule B. Original Purchase Prices:**
**-ADP Pompano location: $70,550.00**
**-ADP WPB location: $70,143.00**
**-GE Appliances Pompano location: $181,968.00**
**-GE Appliances WPB location: $229,381.00**
**-Westinghouse Pompano location: $19,609.18**
**-Westinghouse WPB location: $21,261.00**
**Total Purchase Price:$592,912.18**

**Valuation is based on a forced liquidation scenario, reflecting pricing that could be obtained in a quick sale. A discount of 38% off retail was applied. This estimate is suggested based on informal online research of HVAC distributor pricing and liquidation trends. While not derived from a formal appraisal, it aligns with observed resale behavior for similar equipment in new or unused condition, as reported by online HVAC suppliers and liquidation platforms.**     **6/5/2025**          **$366,038.00**   **N/A**                          **$366,038.00**

---

23.   **Total of Part 5.**
      Add lines 19 through 22.   Copy the total to line 84.                    | **$366,038.00** |

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Klima Control Air Conditioning & Heating** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Pompano location:**<br>**2 desks: $80.00**<br>**6 Chairs:: 25.00**<br>**1 Conference Table: $100.00**<br>**4 computers: $300.00**<br>**1 laptop: $150.00**<br>**1 Counter Sale: $120.00**<br>**1 Portable Phone: $10.00**<br>**2 showroom shelves: $50.00**<br>**3 warehouse shelves: $1,000.00**<br><br>**West Palm Beach location:**<br>**1 Desk: $40.00**<br>**1 Chair: $25.00**<br>**1 Conference table: $100.00**<br>**3 Computers: $300.00**<br>**1 Laptop: $150.00**<br>**1 Counter sale: $120.00**<br>**1 Cell phone: $10.00**<br>**3 Showroom shelves: $70.00**<br>**3 Warehouse Shelves: $1,000.00**<br><br>**FLL location: empty**<br><br>**Orlando location: empty** | **$0.00** | **N/A** | **$3,650.00** |

| | |
|---|---|
| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.   Copy the total to line 86. | **$3,650.00** |
|---|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor     **Klima Control Air Conditioning & Heating**                        Case number *(If known)* _____
                      Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **Isuzo 2018 Truck** | $0.00 | | $16,500.00 |
| 47.2.  **2020 HINO 268 (Truck)**<br>**VIN: 5PVNJ8J3L5S79205** | $0.00 | | $34,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
            floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
            machinery and equipment)**

51.     **Total of Part 8.**                                                                              | $50,500.00 |

            Add lines 47 through 50.   Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
            ☒ No
            ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
            ☒ No
            ☐ Yes

---

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor  **Klima Control Air Conditioning & Heating**          Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,100.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $66,976.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $366,038.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,650.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,500.00 | |
| 88.  **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $488,265.40 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $488,265.40 |

**Fill in this information to identify the case:**

Debtor name    **Klima Control Air Conditioning & Heating**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1    Ally**

Creditor's Name

PO Box 380902

Bloomington, MN 55438-0902

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 4945**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 HINO 268 (Truck)VIN: 5PVNJ8J3L5S79205**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,416.35 | $34,000.00

**2.2    Carrier Enterprise, LLC**

Creditor's Name

4300 Golf Acres Drive
Charlotte, NC 28208

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Feb. 5, 2024**

**Last 4 digits of account number 1534**

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**
**All goods, instruments, chattels, accounts receivables, books, software, proceeds, now or in the future owned to secure payment of outstanding obligations.    (no outstanding obligation owed),**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

$0.00 | $0.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Klima Control Air Conditioning & Heating**                              Case number (if known) _____
_____
Name

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 | **Gemaire Distributors, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**c/o Scott Scheffler, Esq.
Worman & Scheffler, P.A.
2600 Lake Lucien Drive,
Suite 405
(notice only)**

**Maitland, FL 32751**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/22/2020**
**Last 4 digits of account number**
**3899**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Gemaire Distributors, LLC** | Describe debtor's property that is subject to a lien | $472,000.00 | $366,038.00 |

Creditor's Name

**Air conditioning, HVAC, and heating product inventory.   See attached inventory list as Exhibit "A" of Schedule B.Original Purchase Prices:-ADP Pompano location: $70,550.00 -ADP WPB location: $70,143.00 -GE Appliances Pompano location: $181,968.00 -GE Appliances WPB location: $229,381.00 -Westinghouse Pompano location: $19,609.18 -Westinghouse WPB location: $21,261.00 Total Purchase Price:$592,912.18   Valuation is based on a forced liquidation scenario, reflecting pricing that could be obtained in a quick sale. A discount of 38% off retail was applied. This estimate is suggested based on informal online research of HVAC distributor pricing and liquidation trends. While not derived from a formal appraisal, it aligns with observed resale behavior for similar equipment in new or unused condition, as reported by online HVAC suppliers and liquidation platforms.**

**1525 NW 3rd Street. Suite A21**
**Deerfield Beach, FL 33442**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3899**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 3

Debtor    **Klima Control Air Conditioning & Heating**
Name

Case number (if known) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $475,416.35

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gemaire Distributors, LLC**<br>**1525 NW 3rd Street. Suite A21**<br>**Deerfield Beach, FL 33442** | Line __2.3__ | |

| Fill in this information to identify the case: |
|---|

Debtor name **Klima Control Air Conditioning & Heating**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address **Florida Department of Revenue 5050 W. Tennessee St. Tallahassee, FL 32399** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Tax debt** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address **ADP 2175 West Park Place Blvd. Stone Mountain, GA 30087** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $200,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred Last 4 digits of account number | Basis for the claim: Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Klima Control Air Conditioning & Heating** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,924.00** |
|---|---|---|---|
| | Airgas | ☐ Contingent | |
| | 14800 Frye Road, 2nd Floor | ☐ Unliquidated | |
| | Fort Worth, TX 76155 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180,000.00** |
|---|---|---|---|
| | America Express | ☐ Contingent | |
| | PO Box 6031 | ☐ Unliquidated | |
| | Carol Stream, IL 60197-6031 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Credit card purchases_ | |
| | Last 4 digits of account number _1007_ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$265.26** |
|---|---|---|---|
| | Comcast | ☐ Contingent | |
| | 5601 Powerline Road, Suite 407 | ☐ Unliquidated | |
| | Fort Lauderdale, FL 33309 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _3557_ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | FPL | ☐ Contingent | |
| | General Mail Facility | ☐ Unliquidated | |
| | Miami, FL 33188-0001 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Services_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,870.18** |
|---|---|---|---|
| | Fujitsu/Westinghouse | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _Nov. 2023_ | **Basis for the claim:** _Purchase order_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$671,057.99** |
|---|---|---|---|
| | Haier U.S. Appliance Solutions dba GE Ap | | |
| | c/o Evan Wright | | |
| | Fultz Maddox Dickens | ☐ Contingent | |
| | 101 South Fifth Street, 27th Floor | ☐ Unliquidated | |
| | Louisville, KY 40202-3116 | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Purchase Order_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No   ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,256,826.14** |
|---|---|---|---|
| | Home Easy | | |
| | Geek Technology Co c/o Lee Gartner, PA | ☒ Contingent | |
| | 1440 Coral Ridge Drive, Suite 221 | ☐ Unliquidated | |
| | Coral Springs, FL 33071 | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Purchase Order_ | |
| | Last 4 digits of account number _6165_ | Is the claim subject to offset?  ☐ No   ☒ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | Home Easy, Ltd c/o Wei Xiao | | |
| | 1275 Bloomfield Ave., Bld. 16, Suit 141 | ☒ Contingent | |
| | Fairfield, NJ 07004 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor **Klima Control Air Conditioning & Heating**
Name
Case number (if known) _____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Home Easy/Geek Technology**
**c/o USA Debt Recovery Solutions, Inc.**
**255 W. Foothill Blvd., Suite 205**
**Walnut, CA 91789**

☒ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,100.97** |
|---|---|---|---|

**Laminaire dba Grilles & Diffusers Dist**
**1578 NW 82nd Ave**
**Miami, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.   + $ | 3,376,044.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $ | 3,376,044.54 |

**Fill in this information to identify the case:**

Debtor name **Klima Control Air Conditioning & Heating**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **(Leased van)** **Customer No. 63327687** **Vehicle :** **1FTBR1C88RKA32296** **2024 FORD T250** **Rejected** |
| State the term remaining | |
| List the contract number of any government contract | **Ford Credit** **PO Box 35910** **Cleveland, OH 44135-0910** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **(Leased van)** **Customer No. 63327687** **Vehicle :** **1FTBR1C88RKA49115** **2024 FORD T250** **Rejected** |
| State the term remaining | |
| List the contract number of any government contract | **Ford Credit** **PO Box 35910** **Cleveland, OH 44135-0910** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **(Fort Lauderdale location)** **at 5601 Powerline Road** **# 305-306-407** **Fort Lauderdale, FL 33309** **Rejected** |
| State the term remaining | |
| List the contract number of any government contract | **PBC Investors I, LLC, Landlord** **1922 NE 149th Street** **North Miami, FL 33181** **Fort Lauderdale, FL 33309** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Klima Control Air Conditioning & Heating** _____ Case number (*if known*) _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **(Pompano location) DUKE COPANS BUSINESS PARK 1-2, LLC 1501 West Copans Road, Pompano Beach, Florida 33064, within Copans Business Park (the "Park").** | |
|---|---|---|---|
| | State the term remaining | | **PROLOGIS c/o Duke Realty Corporation Attn: Florida Market, Vice President, Regional Asset Manager 2400 North Commerce Parkway, Suite 405 Fort Lauderdale, FL 33326** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **(WPB location) DUKE COPANS BUSINESS PARK 1-2, LLC, 1881 Old Okeechobee Road, West Palm Beach, Florida 33409, within Airport Center Assumed** | |
|---|---|---|---|
| | State the term remaining | | **PROLOGIS c/o Duke Realty Corporation Attn: Florida Market, Vice President, Regional Asset Manager 2400 North Commerce Parkway, Suite 405 Fort Lauderdale, FL 33326** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **(Orlando location) 3905 Center Loop Suite 400 Orlando FL 32808 Rejected** | |
|---|---|---|---|
| | State the term remaining | | **RReef America Reit II Corp. VVV c/o DWS RReef Management LLC 3414 Peachtree Road NE Suite 950 Atlanta, GA 30326** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Klima Control Air Conditioning & Heating**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Enrique Potosky, personal guarantor** | | **Gemaire Distributors, LLC** | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Enrique Pototsky** | **personal guarantor** | **America Express** | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Klima Control Air Conditioning & Heating**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **01/01/2024** to **12/31/2024** | ☒ Operating a business<br>☐ Other _____ | **$2,190,013.00** |
| **For year before that:**<br>From **01/01/2023** to **12/31/2023** | ☒ Operating a business<br>☐ Other _____ | **$4,452,187.00** |
| **For the fiscal year:**<br>From **01/01/2022** to **12/31/2022** | ☒ Operating a business<br>☐ Other _____ | **$5,777,087.00** |
| **For the fiscal year:**<br>From **01/01/2021** to **12/31/2021** | ☒ Operating a business<br>☐ Other _____ | **$6,144,657.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Klima Control Air Conditioning & Heating**                                 Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See list of Payments marked as Exhibit 4** | | $0.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Lease payments** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Enrique Pototsky**<br><br>**Managing Member** | | $64,000.00 | **Payments were booked as owner draws.   See Exhibit 5.** |
| 4.2. **S. Pototsky** | | $15,000.00 | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **GEMAIRE DISTRIBUTORS LLC vs. KLIMA CONTROL AIR CONDITIONING AND HEATING LLC et al. 2024-CA-009938-O** | **Civil** | **IN THE CIRCUIT COURT OF NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Debtor    **Klima Control Air Conditioning & Heating**                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **GEEK TECHNOLOGY V. KLIMA CONTROL AIR CONDITIONING & HEATING LLC**<br>**CACE-25-006165** | Civil | **IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUITI AND FOR BROWARD COUNTY FLORIDA** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ASSOULINE & BERLOWE**<br>**100 SE 2nd Street, Suite 3650**<br>**Miami, FL 33131** | **Attorney Fee and filing fee of $1,738.00** | **May 8, 2025** | **$50,000.00** |
| | **Email or website address**<br>**sap@assoulineberlowe.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    Klima Control Air Conditioning & Heating                          Case number *(if known)*

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

Official Form 207                          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          page **4**

Debtor    __Klima Control Air Conditioning & Heating__                          Case number *(if known)* _____

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Klima Control Air Conditioning & Heating _____   Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Maria's Income Tax & Accounting Services<br>5901 NW 183rd Street, Suite 116<br>Hialeah, FL 33015** | **This firm has been our outside licensed accountant since the company's inception.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Enrique Pototsky** | **6021 NW 61 St.<br>Pompano Beach, FL 33067** | **Managing Member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

Debtor   __Klima Control Air Conditioning & Heating__                    Case number *(if known)* _____

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Enrique Pototsky**<br>**6021 NW 61 St,**<br>**Pompano Beach, FL 33067** | **See list of Payments as Exhibit attached to SOFA** | | **See list of Payments marked as Exhibit to SOFA** |
| | **Relationship to debtor**<br>**Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 7, 2025__

/s/   Enrique Pototsky                              Enrique Pototsky
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  **Klima Control Air Conditioning & Heating**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Enrique Pototsky** | | **100% membership interest** | **100% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 7, 2025**

Signature  **/s/ Enrique Pototsky**

**Enrique Pototsky**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Florida

In re __Klima Control Air Conditioning & Heating__  
Debtor(s)

Case No. _____  
Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept .................................................... | $ | 50,000.00 |
| Prior to the filing of this statement I have received ....................................... | $ | 50,000.00 |
| Balance Due ................................................................................................... | $ | 0.00 |

2.  $ __0.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
    d.  [Other provisions as needed]  
    **On or about May 7, 2025, the Debtor executed an engagement agreement with A&B and Shirley Palumbo for pre- and post-petition services (the LSA). A&B received $50,000.00 in total from the Debtor on May 12 and May 14, 2025, which included $1,738.00 for the Chapter 11 filing fee.  on or about June 29, 2025, $45,000.00 was applied to pre-petition charges with a $7,000.00 courtesy reduction. A $5,000.00 balance remains in trust for post-petition fees.  A copy of the LSA is attached as Exhibit ?B.?  The representation covers all aspects of business chapter 11 proceeding.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:  
    **No representation outside bankruptcy court.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

__July 7, 2025__  
*Date*

/s/ Shirley Palumbo  
**Shirley Palumbo Esq. LLM.**  
*Signature of Attorney*  
**ASSOULINE & BERLOWE**  
**100 SE 2nd Street, Suite 3650**  
**Miami, FL 33131**  
**(305) 567-5576   Fax:**  
**sap@assoulineberlowe.com**  
*Name of law firm*

# United States Bankruptcy Court
## Southern District of Florida

In re    **Klima Control Air Conditioning & Heating**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 7, 2025**

**/s/ Enrique Pototsky**

**Enrique Pototsky** /**Managing Member**
Signer/Title

```
ADP
2175 West Park Place Blvd.
Stone Mountain, GA 30087


Airgas
14800 Frye Road, 2nd Floor
Fort Worth, TX 76155


Ally
PO Box 380902
Bloomington, MN 55438-0902


America Express
PO Box 6031
Carol Stream, IL 60197-6031


Carrier Enterprise, LLC
4300 Golf Acres Drive
Charlotte, NC 28208


Comcast
5601 Powerline Road, Suite 407
Fort Lauderdale, FL 33309


Enrique Potosky, personal guarantor


Enrique Pototsky


Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399


Ford Credit
PO Box 35910
Cleveland, OH 44135-0910


FPL
General Mail Facility
Miami, FL 33188-0001


Fujitsu/Westinghouse


Gemaire Distributors, LLC
c/o Scott Scheffler, Esq.
Worman & Scheffler, P.A. 2600 Lake Lucie
Maitland, FL 32751


Gemaire Distributors, LLC
1525 NW 3rd Street. Suite A21
Deerfield Beach, FL 33442
```

```
Haier U.S. Appliance Solutions dba GE Ap
c/o Evan Wright Fultz Maddox Dickens
101 South Fifth Street, 27th Floor
Louisville, KY 40202-3116


Home Easy
Geek Technology Co c/o Lee Gartner, PA
1440 Coral Ridge Drive, Suite 221
Coral Springs, FL 33071


Home Easy, Ltd c/o Wei Xiao
1275 Bloomfield Ave., Bld. 16, Suit 141
Fairfield, NJ 07004


Home Easy/Geek Technology
c/o USA Debt Recovery Solutions, Inc.
255 W. Foothill Blvd., Suite 205
Walnut, CA 91789


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Laminaire dba Grilles & Diffusers Dist
1578 NW 82nd Ave
Miami, FL 33122


PBC Investors I, LLC, Landlord
1922 NE 149th Street
North Miami, FL 33181
Fort Lauderdale, FL 33309


PROLOGIS
Attn: Florida Market, Vice President, Re
c/o Duke Realty Corporation
2400 North Commerce Parkway, Suite 405
Fort Lauderdale, FL 33326


PROLOGIS
Attn: Florida Market, Vice President, Re
c/o Duke Realty Corporation
2400 North Commerce Parkway, Suite 405
Fort Lauderdale, FL 33326


RReef America Reit II Corp. VVV
c/o DWS RReef Management LLC
3414 Peachtree Road NE Suite 950
Atlanta, GA 30326
```

# United States Bankruptcy Court
## Southern District of Florida

In re  **Klima Control Air Conditioning & Heating** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Klima Control Air Conditioning & Heating**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**July 7, 2025** _____

Date

**/s/ Shirley Palumbo** _____

**Shirley Palumbo Esq. LLM.**

Signature of Attorney or Litigant

Counsel for   **Klima Control Air Conditioning & Heating**

**ASSOULINE & BERLOWE**

**100 SE 2nd Street, Suite 3650**

**Miami, FL 33131**

**(305) 567-5576  Fax:**

**sap@assoulineberlowe.com**